

# Fourth Court of Appeals
## San Antonio, Texas

August 25, 2016

No. 04-16-00226-CR

The **STATE** of Texas,
Appellant

v.

Lauro Eduardo **RUIZ,**
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR4068
Honorable Andrew Carruthers, Judge Presiding

# O R D E R

Appellees' motion for extension of time to file their brief is GRANTED.  We order the brief due September 29, 2016.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of August, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court